UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOEZIEL JOEY VAZQUEZ,<br><br>           Plaintiff,<br><br>v.<br><br>NEW JERSEY SUPREME COURT, In Their Supervisory Role of the New Jersey Judiciary, et al.,<br><br>           Defendants. | Case No. 3:20-cv-5219 (BRM)(LHG)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Plaintiff Joeziel Joey Vazquez's ("Plaintiff") Amended Complaint (ECF No. 11) and Application to Proceed *In Forma Pauperis* ("IFP") (ECF No. 2). Having reviewed these filings and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause appearing,

**IT IS** on this 2nd day of July 2021,

**ORDERED** that Plaintiff's application to proceed IFP (ECF No. 2) is **GRANTED**; and it is further

**ORDERED** that the Amended Complaint (ECF No. 11) shall be **DISMISSED WITHOUT PREJUDICE** in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to invoke the Court's subject matter jurisdiction under 28 U.S.C. § 1331; and it is further

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF No. 10) is **ADMINSTRATIVELY TERMINATED**;

**ORDERED** that, within thirty (30) days from the date this Order is entered, Plaintiff may move to reopen his case, attaching to any such motion a proposed amended complaint which addresses the deficiencies of the Amended Complaint as stated in the Opinion accompanying this Order; if Plaintiff chooses not to submit an amended complaint within the specified timeframe, the dismissal will automatically convert to a dismissal with prejudice without further action from the Court; and it is further

**ORDERED** that the Clerk of the Court shall mark this case **CLOSED**.

**Date: July 2, 2021**                            */s/ Brian R. Martinotti*
                                                  **HON. BRIAN R. MARTINOTTI**
                                                  **UNITED STATES DISTRICT JUDGE**